UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALICE KILEY,                              No. 2:07-cv-00725-MCE-DAD

      Plaintiff,

  v.                                      **ORDER RE: SETTLEMENT AND DISPOSITION**

UNITED STATES OF AMERICA,

      Defendant.
_____/

    Pursuant to the representations of the VDRP Neutral, the Court has determined that this case is settled.  In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 17, 2008.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: June 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE