1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendant
   UNITED STATES OF AMERICA

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE KILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 2:07-cv-00725-MCE-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

ALICE KILEY, plaintiff, and the UNITED STATES OF AMERICA, defendant, through their undersigned counsel of record, pursuant to Fed. Civ. P. 41(a)(l)(ii), hereby stipulate that the entire action hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney's fees.

Dated: June 30, 2008               */s/ Mark D. Shea*
                                   MARK D. SHEA, ESQUIRE
                                   Attorney for Plaintiff

1 | Dated:  June 20, 2008

McGREGOR W. SCOTT
United States Attorney

By:    */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney

## ORDER

It is APPROVED and SO ORDERED.

Dated: December 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE